08-21941.rr

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA

CASE NO. 08-21941 CIV MARTINEZ

RICHARD RALPH MALCOLM,

    Plaintiff,

vs.

STATE OF FLORIDA -
KATHERINE FERNANDEZ RUNDLE,
FLORIDA DEPARTMENT OF CORRECTIONS -
JAMES R. McDONOUGH,

    Defendants.
_____/

## REPORT AND RECOMMENDATION

This cause is before this Court on the complaint filed by pro se Plaintiff Richard Ralph Malcolm, whose motion to proceed in without prepayment of fees and costs pursuant to 28 U.S.C. §1915 has been granted by this Court.

### Facts and Discussion

Section 1915(e)(2) of 28 United States Code, which concerns proceedings in forma pauperis, provides as follows:

>　　(2)　Notwithstanding any filing fee, or any portion thereof, that may have been paid, the court shall dismiss the case at any time if the court determines that --
>
>　　　　(B) the action or appeal –
>
>　　　　　　(i)　is frivolous or malicious;
>　　　　　　(ii)　fails to state a claim on which relief may be granted; or
>　　　　　　(iii)　seeks monetary relief against a defendant who is immune from such relief.

28 U.S.C. §1915(e)(2).

1

Plaintiff's complaint, brought pursuant to 42 U.S.C. §1983 is subject to dismissal pursuant to sections (ii) and (iii) above. Plaintiff's Statement of Claim is as follows:

> The Plaintiff was arrested on June 24, 1996. He was later released on bond. He had made a settlement with the bank and the bank would not press charges. The Plaintiff was 19 years of age and not well versed in the law. At arraignment he was forced to take a plea without the aid of legal counsel and put on probation. His probation was later revoked and he was sentenced to 6 months in jail without the aid of legal counsel. His with-hold of adjudication was not affected until November of 2003.

The relief requested is "Monetary - $30,000,000" and "Removal of Sentence and Plea."

It appears that Plaintiff is suing the state of Florida and its agency the Florida Department of Corrections for damages for violation of 42 U.S.C. §1983. Such an action is barred by the Eleventh Amendment. See Kentucky v. Graham, 473 U.S. 159, 169-70 (1985). With respect to Plaintiff's request that this Court vacate his state plea and sentence, §1983 is not the proper remedy. See Fla.R.Crim.P. 3.850.

### Recommendation

Accordingly, this Court respectfully recommends that the complaint be **DISMISSED** pursuant to 18 U.S.C. §1915(e)(2).

The parties have ten (10) days from the date of this Report and Recommendation within which to serve and file written objections, if any, with the Honorable Jose E. Martinez, United States District Judge for the Southern District of Florida. Failure to file objections timely shall bar the parties from attacking on appeal the factual findings contained herein. LoConte v. Dugger, 847 F.2d 745 (11th Cir. 1988), cert. denied, 488 U.S. 958 (1988).

**DONE AND ORDERED** this 22nd day of July, 2008 at Miami, Florida.

STEPHEN T. BROWN
U.S. MAGISTRATE JUDGE

cc: Hon. Jose E. Martinez
    Richard Ralph Malcolm, pro se