UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
Miami Division

**Case Number:08-21941-CIV-MARTINEZ-**

RICHARD RALPH MALCOLM,

    Plaintiff,

vs.

STATE OF FLORIDA - KATHERINE FERNANDEZ RUNDLE; FLORIDA DEPARTMENT OF CORRECTIONS; JAMES R. MCDONOUGH,

    Defendants.
_____/

## ORDER ADOPTING MAGISTRATE'S REPORT AND RECOMMENDATION AND CLOSING CASE

THE MATTER was referred to the Honorable Stephen T. Brown, United States Magistrate Judge for a Report and Recommendation on Plaintiff's pro se civil rights Complaint filed pursuant to 42 U.S.C. § 1983 (D.E. No. 1). Magistrate Judge Brown filed a Report and Recommendation **(D.E. No. 7)**, recommending that this Complaint be dismissed pursuant to 28 U.S.C. § 1915(e)(2) as Plaintiff's action fails to state a claim on which relief may be granted and seeks monetary relief against a defendant who is immune from such relief.  No objections have been filed to Magistrate Judge Brown's Report and Recommendation.  After careful consideration, the Court agrees with Magistrate Judge Brown's Report and Recommendation and finds that Plaintiff's action is barred by the Eleventh Amendment and agrees that section 1983 is not the proper vehicle to use to request that this Court vacate his state plea and sentence.  Therefore it is hereby:

**ADJUDGED** that United States Magistrate Judge Brown's Report and Recommendation **(D.E. No. 7)** is **AFFIRMED** and **ADOPTED**. Accordingly, it is

**ADJUDGED** that

1. This Case is **DISMISSED** pursuant to 28 U.S.C. § 1915(e)(2).

2. This Case is **CLOSED** and all pending motions are **DENIED** as **MOOT**.

DONE AND ORDERED in Chambers at Miami, Florida, this 8 day of August, 2008.

_____
JOSE E. MARTINEZ
UNITED STATES DISTRICT JUDGE

Copies provided to:
Magistrate Judge Brown
All Counsel of Record
Richard Ralph Malcom